**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael SEMBACH, | No. CV-05-3617-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| E. CUTHBERTSON, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Extend Time to answer Defendants' motion for summary judgment. Good cause appearing,

**IT IS ORDERED** that the Motion to Extend Time to answer Defendants' motion for summary judgment is **GRANTED**. Plaintiff shall have until **5:00 p.m. on September 22, 2006** to file a response to Defendants' Motion for Summary Judgment.

**IT IS FURTHER ORDERED** that Defendants' shall have 15 days, exclusive of weekends and holidays, from Friday, September 22, 2006, in which to file a reply.

**IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply, unless otherwise order by the court.

//

//

**IT IS FURTHER ORDERED** that all provisions of the Court's August 4, 2006 Order regarding the procedures for filing a response and a reply to a motion for summary judgment [Doc. No. 34], with the exception of the dates above, remain in full force and effect.

DATED this 31st day of August, 2006.

_____
Stephen M. McNamee
United States District Judge