**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael SEMBACH, | ) No. CV-05-3617-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| E. CUTHBERTSON, et al., | ) |
| Defendants. | ) |

Pending before the Court are Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment [Doc. No. 37] and Plaintiff's Motion for Time [Doc. No. 38]. The Court will deny both of Plaintiff's motions for the reasons stated below.

**I. Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiff moves to strike Defendants' Motion for Summary Judgment in its entirety, or in the alternative, Plaintiff moves to strike portions of Defendants' motion. Plaintiff's motion will be denied because Rule 12(f) applies to pleadings, not motions for summary judgment. Fed. R. Civ. P. 12(f). Defendants properly moved for summary judgment under Rule 56 and the Court will consider this motion once all of the related documents are filed.

**II. Plaintiff's Motion for Time**

Plaintiff also moved for additional time to respond to Defendants' motion for summary judgment. The Court will deny Plaintiff's motion because he has already filed a response to

1 Defendants' motion for summary judgment.  Therefore, Plaintiff's motion will be denied as
2 moot.
3 Accordingly,
4     **IT IS ORDERED** Motion to Strike Defendant's Motion for Summary Judgment [Doc.
5 No. 37] is **DENIED**.
6     **IT IS FURTHER ORDERED** that Plaintiff's Motion for Time [Doc. No. 38] is
7 **DENIED**.
8     **IT IS FURTHER ORDERED** that Defendants' shall have file a reply by 11:59 p.m. on
9 October 20, 2006.
10     **IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision
11 without oral argument on the day following the date set for filing a reply, unless otherwise
12 ordered by the Court.
13     DATED this 28th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge